IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. RDB-19-0264 |
| : | |
| CHAD ARRINGTON, : | |
| a/k/a "Chad Focus," : | |
| Defendant. : | |

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through undersigned counsel, and hereby requests that the Government's Sentencing Memorandum be filed under seal as it contains sensitive mental health information regarding the defendant.

WHEREFORE, it is respectfully requested that the Government's Sentencing Memorandum be filed UNDER SEAL.

                                                  Respectfully submitted,

                                                  Jonathan F. Lenzner
                                                  Acting United States Attorney

By: *Mary W. Setzer*
      Mary W. Setzer
      Assistant United States Attorney
      36 South Charles Street, Suite 400
      Baltimore, Maryland 21201